ADVANTAGE PARTNERS LLC, Plaintiff–Appellant,

v.

SALTON INDUSTRIES LLC, Sears Roebuck & Company, Federated Department Stores, and May Department Stores, Defendants–Appellees.

No. 01–1612.

United States Court of Appeals, Federal Circuit.

Dec. 10, 2001.

Before BRYSON, LINN, and DYK, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R.36